### GRISWOLD V. GRISWOLD.

A deposition drawn by the party and copied by a third person, not admissible.

ACTION of account. A deposition was offered, which was first drawn up by the plaintiff, copied by another person, and sworn to with some additions, made by the justice. It was ruled out, except the part added by the justice.

### HUMPHREY V. PISON.

The doings of freeholders, no evidence in a trial of the title at law.

ACTION of ejectment for land. Issue to the jury. Determined — That the doings of freeholders are not admissible as evidence, in a trial of title to the land.

### CURTICE V. MASON.

A writ of error must be brought in the county where the judgment complained of was rendered.

IN a plea in abatement made to a writ of error, it was determined — That the writ of error must be brought to the court, in the county where the judgment complained of, was rendered.

### WILLIAMS V. FRANCIS.

IT was determined upon a writ of error — That the death of the plaintiff, before judgment rendered against him for cost, discharged the bond, given for the prosecution of the action. For such judgment is not only erroneous, but void.